UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY HART,

    Plaintiff,

v.                                              Case No. 2:20-cv-812-FtM-66NPM

WALMART STORE EAST LP and
ROBERT TALBOT,

    Defendants.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Adam Charles Robert Heisner |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Amanda J. Sharkey Ross |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | December 15, 2020 11:00 AM | **Total Time** | 7 minutes |

Court discussed case management and scheduling deadlines and other issues regarding case management. No objection from parties as to service of discovery by email.

Parties have selected a mediator and are directed to file a notice of the scheduled date and the outcome of the mediation.

Plaintiff to serve Rule 26 Disclosures within 2 days to Defendant.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF

administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.